UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | C22-1045 TSZ |
| RUFF CONSTRUCTION, INC.; and JOSE FRANCISCO MORALES OLGUIN, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Kinsale Insurance Company's motion for entry of default, docket no. 22, is RENOTED to February 17, 2023, and will be considered together with defendant Jose Francisco Morales Olguin's motion to stay this matter, docket no. 24.

(2) The deadline for defendant Ruff Construction, Inc. to arrange for substitute counsel to file a notice of appearance in this action is EXTENDED to February 13, 2023.

(3) The deadlines set by the Honorable Brian A. Tsuchida, United States Magistrate Judge, *see* Orders (docket nos. 9 & 11), are EXTENDED as follows:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | February 24, 2023 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | March 10, 2023 |
| Combined Joint Status Report and Discovery Plan | March 10, 2023 |

MINUTE ORDER - 1

(4)  The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to defendant Ruff Construction, Inc. at each of the following addresses: (i) c/o Michael Johnson, President, 16120 Woodinville-Redmond Rd NE, Suite 9, Woodinville, WA 98072; (ii) c/o Christopher Thayer, Registered Agent, IBM Building, 1200 Fifth Avenue #1217, Seattle, WA 98101; (iii) c/o Mark P. Scheer, Jeremy L. Muth, and Katharine M. Miller, SCHEER.LAW PLLC, 2101 Fourth Avenue, Suite 830, Seattle, WA 98121; and (iv) c/o Steven G. Wraith and Ashley M. Langley, Lee Smart PS, Inc., 701 Pike Street, Suite 1800, Seattle, WA 98101.

Dated this 30th day of January, 2023.

<u>Ravi Subramanian</u>
Clerk

<u>s/Laurie Cuaresma</u>
Deputy Clerk

MINUTE ORDER - 2