UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RUFF CONSTRUCTION, INC.; and JOSE FRANCISCO MORALES OLGUIN,<br><br>Defendants. | C22-1045 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The allegedly stipulated motion, docket no. 28, to dismiss defendant Ruff Construction, Inc., is STRICKEN as improperly filed. The motion is not executed by counsel of record for defendant Ruff Construction, Inc. ("Ruff"). The document is signed by Christopher L. Thayer, who was permitted to withdraw as counsel of record for Ruff effective December 14, 2022. *See* Minute Order at ¶ 1 (docket no. 19). The signature of Michael D. Johnson, Ruff's President, is without legal effect because Ruff cannot appear pro se. *See* Local Civil Rule 83.2(b)(4).

(2) Plaintiff Kinsale Insurance Company's motion for entry of default, docket no. 22, is GRANTED. Ruff was advised by Minute Order entered November 14, 2022, docket no. 19, that it may not represent itself, and that failure to secure substitute counsel would constitute grounds for entering default against the corporation. Despite having been given an extension of time to February 13, 2023, Ruff has not arranged for a new attorney to file a notice of appearance. Default is therefore entered against Ruff.

MINUTE ORDER - 1

(3) Defendant Jose Francisco Morales Olguin's motion for a stay, docket no. 24, is DENIED.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of February, 2023.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2