Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>RUFF CONSTRUCTION INC., f/k/a RUFF CONSTRUCTION & MAINTENANCE, INC., a Washington corporation; and JOSE FRANCISCO MORALES OLGUIN, an individual,<br><br>Defendants. | No. 2:22-cv-1045 TSZ<br><br>**DECLARATION OF KEVIN J. KAY IN SUPPORT OF KINSALE INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANT OLGUIN'S MOTION FOR JOINDER OF TRINITY SHEET METAL, INC.** |

I, KEVIN J. KAY, hereby declare as follows.

1.      I am an attorney of record for Kinsale Insurance Company (Kinsale) in this action. I am over the age of eighteen (18) years, I am competent to testify in this matter and I make this declaration based on my direct personal knowledge and on the records and files maintained by Lether Law Group in the ordinary course of business.

2.      Kinsale and Ruff Construction Inc., f/k/a Ruff Construction & Maintenance, Inc. (Ruff), have come to the agreement that there is no coverage available for the claims against Ruff in the lawsuit that underlies this matter. Ruff has also agreed to withdraw its tender for

1  defense and indemnity of the lawsuit that underlies this matter.

2      3.    Attached hereto as **Exhibit A** to a true and correct copy of the Executed
3  Settlement and Release Agreement between Kinsale and Ruff.

4      I DECLARE PURSUANT TO THE LAWS OF PERJURY OF THE STATE OF
5  WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

6      Signed this 24th day of April, 2023 in Seattle, King County, Washington.

7

8      /s/ Kevin J. Kay
    Kevin J. Kay, WSBA #34546

DECLARATION OF KEVIN J. KAY IN SUPPORT OF
KINSALE'S RESPONSE IN OPPOSITION TO MOTION
FOR JOINDER – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Derek Moore, WSBA #37921
Bishop Law Office PS
19743 1st Ave S.
Normandy Park, WA 98148-2401
Derek@bishoplegal.com
206-592-9000
*Counsel for Jose Olguin*

**By:**      [ ] **First Class Mail**      [X] **ECF**

DATED this 24th day of April 2023 at Seattle, Washington.

*/s/ Nico Schulz*
Nico Schulz | Paralegal