UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE FRANCISCO MORALES OLGUIN,<br><br>　　　　　Defendant. | C22-1045 TSZ<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　Having reviewed the parties' responses, docket nos. 42 and 44, to the Minute Order entered May 2, 2023, docket no. 41, which indicate that plaintiff wishes to voluntarily dismiss this matter, and that defendant does not object so long as the dismissal is without prejudice to defendant's right to pursue a claim for coverage under the insurance policy or policies at issue, the Court hereby DISMISSES this matter without prejudice and without costs.

　　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

　　　　Dated this 18th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1